1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALLEN KOERSCHNER,

    *Petitioner*,

vs.

MICHAEL BUDGE, *et al.*

    *Respondents*.

3:05-cv-00587-ECR-VPC

ORDER

15   This stayed habeas matter comes before the Court on petitioner's motion (#100) to

16   reopen the case following upon a return to state court to exhaust state court remedies.

17   Following upon the representations by each counsel as to the time needed respectively to

18   address the issues presented on reopening of the case, the Court will reopen the matter and

19   establish the deadlines set forth below.

20       IT THEREFORE IS ORDERED that petitioner's motion (#100) to reopen the matter is

21   GRANTED, that the stay of this matter is LIFTED, and that the Clerk of Court shall REOPEN

22   the matter.

23       IT FURTHER IS ORDERED that respondents shall have until **May 3, 2010,** to file a

24   response, including by way of motion to dismiss, to Grounds 1, 6, 7 and 8(A).

25       IT FURTHER IS ORDERED that petitioner shall have until **June 4, 2010,** to file an

26   opposition if a motion to dismiss is filed or a reply to a supplemental answer to these claims.

27       IT FURTHER IS ORDERED, consistent with the prior orders in this matter, see #88,

28   at 11, that the Court will take up the remaining claims in Grounds 2 and 8(B) on the merits

based upon the answer and reply previously on file, likely in conjunction with the disposition of the response to Grounds 1, 6, 7 and 8(A).

DATED:   April 9, 2010

EDWARD C. REED
United States District Judge

-2-